UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Kisoka N. Lubula,                    )
                                     )
              Plaintiff,             )
                                     )
       v.                            )        **JUDGMENT**
                                     )
Rex Healthcare,                      )        5:13-CV-822-BO
                                     )
                                     )
                                     )
              Defendant.             )
                                     )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's Motion for Summary Judgment [DE 41] is GRANTED. This case is closed.

**This judgment filed and entered on March 3, 2015, and served on:**

John Allen Thomas (via CM/ECF Notice of Electronic Filing)
Kevin Scott Joyner (via CM/ECF Notice of Electronic Filing)
Kisoka N. Lubula (via US Mail at 1130 Schaub Drve, Apt. D, Raleigh, NC 27606-1844)

March 3, 2015                           /s/ Julie Richards Johnston,
                                               Clerk of Court